IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA BROOKS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-623 |
| CITY OF PHILADELPHIA | : | |

### O R D E R

**AND NOW**, this  6th  day of February, 2015, upon consideration of the Defendant's Motion for Summary Judgment (ECF No. 23), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**.  **JUDGMENT** is entered in favor of Defendant, City of Philadelphia, and against Plaintiff, Theresa Brooks, as to all race based claims of discrimination and harrassment. Defendant's Motion is **DENIED** in all other respects.

**IT IS SO ORDERED.**

BY THE COURT:


/R. Barclay Surrick
_____
**R. BARCLAY SURRICK, J.**